## FOURTH DEPARTMENT, MARCH, 1938.
### (March 9, 1938.)

WILLIAM F. ENDERS, Respondent, v. E. GEORGE GRUNAU and JOHN W. MARR, Appellants.— Order affirmed, with costs to the respondent to abide the event. Memorandum: As we read this record, we think the order is justified without regard to the special matters which the learned trial justice specifies as causes for prejudice. All concur, except Lewis, J., who dissents and votes for reversal on the facts and denial of the motion; and Taylor, J., not voting. (The order grants plaintiff's motion to set aside the verdict of a jury in favor of defendants for no cause of action, and for a new trial, in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

EVELYN BETTS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action under an accidental death rider on a life insurance policy. The order denies a motion for a new trial. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER CARTELLO and VITO POLITO, Appellants.— Judgment of conviction affirmed. Memorandum: The intentional burning of the building and the intentional burning of the insured furniture were single transactions and constituted separate crimes. (Code Crim. Proc. § 279. Cf. *People* v. *Shields*, 242 App. Div. 846; affd., 266 N. Y. 200.) All concur. (The judgment convicts defendants of the crimes of arson, second degree, and a violation of section 1201 of the Penal Law.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of Supplementary Proceedings: MIRIAM H. BERMAN, Judgment Creditor, Appellant, v. HARRY I. GOLDSTEIN, Judgment Debtor, Respondent.— Order affirmed, with ten dollars costs and disbursements. Memorandum: The order is affirmed because the evidence discloses no property of the defendant subject to receivership. All concur. (The order denies a motion by the judgment creditor for the appointment of a receiver for the property of the judgment debtor.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

C. I. T. CORPORATION, Appellant, v. ALEINE J. McKINNEY and LEO C. McKINNEY, Respondents.— Order affirmed, with ten dollars costs and disbursements. Memorandum: Defendants having alleged as a defense and counterclaim that plaintiff took the notes with knowledge that the giving of them was induced by fraudulent representations, the case presents an issue to be tried. (See Neg. Inst. Law, § 91, subd. 4; Id. §§ 94, 95, 97, 98. See, also, *Progressive Finance & Realty Co.* v. *Miller & Sherry Enterprises, Inc.*, 246 App. Div. 639, and cases there cited.) All concur. (The order denies plaintiff's motion for summary judgment in an action on promissory notes.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

RALPH LESTER, Appellant, v. LUCY MULRONEY, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.